# Court of Appeals
# of the State of Georgia

ATLANTA,  June 09, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1471. CHARLES C. BLACK v. PRESTON J. DIXON.

In 2006, plaintiffs Preston J. Dixon and Loudoun Sales Division, LLC filed suit against Loudoun Communications Inc. and Edward Poorman. The plaintiffs were represented by attorney Charles C. Black. The trial court ultimately entered summary judgment in favor of the defendants, and we affirmed the judgment in a Rule 36 opinion. See Case No. A08A1393 (Nov. 4, 2008). The plaintiffs thereafter propounded post-judgment discovery to the defendants and Black. After Black objected, the plaintiffs filed a motion to compel and for sanctions. On February 8, 2021, the trial court entered an order compelling Black to respond to the discovery request and awarding attorney fees. Black filed this direct appeal.

Under OCGA § 5-6-34 (a) (1), appeals generally may be taken from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below." Where post-judgment discovery proceedings remain pending in the trial court, the case is not final. *Cornelius v. Finley*, 204 Ga. App. 299, 300-301 (418 SE2d 815) (1992) (an order compelling post-judgment discovery "is not final in the sense of being dispositive of the case, as contemplated by OCGA § 5-6-34 (a) (1)," where disputed discovery remains unanswered). Consequently, Black was required to use the interlocutory appeal procedures – including obtaining a certificate of immediate review from the trial court – to seek appellate review of the February 8 order. See OCGA § 5-6-34 (b); *Dial v. Bent Tree Nat. Bank*, 215 Ga. App. 620, 621 (451 SE2d

533) (1994); *Cornelius*, 204 Ga. App. at 301. His failure to do so deprives us of jurisdiction over this direct appeal. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* <u> 06/09/2021 </u>

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*